UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-81228-CIV-MIDDLEBROOKS/JOHNSON

CHRISTOPHER HUTTON, on his own behalf and
others similarly situated,

      Plaintiff,

vs.

GRUMPIE'S PIZZA AND SUBS, INC.,
A Florida Corporation, GRUMPIE'S PIZZA
AND SUBS 1, INC., a Florida Corporation, and
YOUSEF PIROOZGAR, individually,

      Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon the Report of Mediation (DE 25), filed on June 4, 2008, indicating that the parties have reached a settlement. The Court congratulates the parties for the amicable resolution of this matter. Accordingly it is hereby

ORDERED AND ADJUDGED that the parties shall file their stipulation of dismissal and settlement agreement[1] on or before 5:00 p.m. on June 16, 2008. The Court reminds the partes that all pre-trial deadlines and requirements remain in full force and effect until the filing of the required paperwork.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 9TH day of June, 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record

---

[1] As this is an FLSA case, the Court must review the settlement agreement for fairness. *See Lynn's Food Stores, Inc. v. U. S.*, 679 F.2d 1350, 1353 (11th Cir. 1982).